(130 So. 170)

## Earl GULLATT v. STATE.
### 5 Div. 68.

Supreme Court of Alabama.
Oct. 9, 1930.

Charlie C. McCall, Atty. Gen., and Wm. P. Cobb and Luther Patrick, Asst. Attys. Gen., for the State.

Powell & Powell, of Tuskegee, opposed.

FOSTER, J.

Petition of the State of Alabama, by and through its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gullatt v. State, 130 So. 169.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.